E-FILED
Tuesday, 03 November, 2009 03:38:11 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| THERESA BISLUK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 09-CV-3080 |
| BRIAN HAMER, et al., | ) ) ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

On April 2, 2009, Plaintiff filed her Complaint herein and paid all filing fees in full. Subsequently, Plaintiff took steps to perfect service on all Defendants. A Rule 16 Scheduling Conference was held on September 3, 2009, as Plaintiff was at issue with all Defendants except Rod Blagojevich, Joseph Cini, and Pat Welch. An extension to October 1, 2009 was granted by the undersigned and Defendants Welch and Blagojevich were served and have filed responsive pleadings. However, despite an additional extension to November 1, 2009 granted by Text Order dated October 2, 2009, Plaintiff has not perfected service upon Defendant Cini. Federal Rule of Civil Procedure 4(m) directs that a Plaintiff must serve a Defendant

within 120 days of filing of the Complaint. That date, plus two extensions have passed. Plaintiff was reminded of the 120-day rule by this Court's docket entry of August 5, 2009 and advised if service was not perfected, the case was subject to dismissal against unserved defendants for want of prosecution. As of this date, Plaintiff has failed to comply with Rule 4(m) as to Defendant Cini. The Court recommends that Plaintiff's Complaint be dismissed for want of prosecution as to Defendant Joseph Cini.

Plaintiff is advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within ten working days after being served with a copy of this Report and Recommendation. See 28 U.S.C. § 636(b)(1). Failure to file a timely objection will constitute a waiver of objections on appeal. <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986). See Local Rule 72.2.

ENTER: November 3, 2009

    FOR THE COURT:      *s/ Byron G. Cudmore*

                                              _____
                                              BYRON G. CUDMORE
                                         UNITED STATES MAGISTRATE JUDGE